ADAM M GOODMAN
CHAPTER 13 STANDING TRUSTEE
1888 SHERMAN ST., SUITE 750
DENVER, CO 80203
(303) 830-1971 Fax: (303) 830-1973

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In Re: DEBORAH DEE STONE

Chapter 13

Case Number: 24-12767 MER

## CHAPTER 13 TRUSTEE'S REPORT OF CLAIMS

Comes Now, Adam M. Goodman, Standing Chapter13 Trustee, and files this Report of Claims. Both the non-governmental and governmental bar dates have passed and the following proofs of claim have been filed with the U.S. Bankruptcy Court. Payments on these claims are being made in accordance with the terms and conditions of the Debtor(s)' confirmed Chapter 13 plan. Pursuant to 11 U.S.C. Section 502(a), payments on these claims shall continue unless an objection is filed with the U.S. Bankruptcy Court by a party of interest.

| | | |
|---|---|---|
| COLORADO LEGAL SERVICES<br>ALEX WITTEVELD<br>215 W. OAK ST., SUITE 800<br>FORT COLLINS, CO 80521- | $0.00 | Debtor's Attorney |

| CLM# | Creditor's Name / Address | Claim Amt | Category |
|---|---|---|---|
| 000 | SPECIAL CLASS FOUR<br>CHAPTER 13 TRUSTEE<br>1888 SHERMAN #750<br><br>DENVER, CO 802030000 | 0<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 001 | DISCOVER BANK<br>P O BOX 3025<br><br>NEW ALBANY, OH 430543025 | 7384.5<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |

| CLM# | Creditor's Name / Address | Claim Amt | Category | Distribution Source |
|---|---|---|---|---|
| 002 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 282721083 | 2749.72 | GENERAL UNSECURED | PLAN |
| 003 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 282721083 | 1323.82 | GENERAL UNSECURED | PLAN |
| 004 | CANVAS CREDIT UNION<br>P.O. BOX 5238<br>ENGLEWOOD, CO 80155 | 564.3 | MORTGAGE ARREARS | DIRECT |
| 005 | CANVAS CREDIT UNION<br>P.O. BOX 5238<br>ENGLEWOOD, CO 80155 | 9059.6 | GENERAL UNSECURED | PLAN |
| 006 | T-MOBILE / T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 164.51 | GENERAL UNSECURED | PLAN |
| 007 | ROCKET MORTGAGE FKA QUICKEN LOANS<br>635 WOODWARD AVENUE<br>DETROIT, MI 48226 | 0 | MORTGAGE ARREARS | DIRECT |
| 008 | HAPPY MONEY<br>21515 HAWTHORNE BLVD SUITE 200<br>TORRANCE, CA 905036512 | 20373.76 | GENERAL UNSECURED | PLAN |
| 009 | JEFFERSON CAPITAL SYSTEMS<br>PO BOX 7999<br>ST CLOUD, MN 56302 | 4867.72 | GENERAL UNSECURED | PLAN |
| 010 | RESURGENT RECEIVABLES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 296030587 | 7163.37 | GENERAL UNSECURED | PLAN |
| 011 | JEFFERSON CAPITAL SYSTEMS<br>PO BOX 7999<br>ST CLOUD, MN 56302 | 362.49 | GENERAL UNSECURED | PLAN |

| CLM# | Creditor's Name / Address | Claim Amt | Category |
|---|---|---|---|
| 012 | RESURGENT RECEIVABLES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 296030587 | 585.31<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 013 | RESURGENT RECEIVABLES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 296030587 | 373.97<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 014 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>P.O. BOX 788<br>KIRKLAND, WA 980830788 | 1669.79<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 015 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>P.O. BOX 788<br>KIRKLAND, WA 980830788 | 1503.64<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 016 | ODIN NEW HORIZON REAL ESTATE FUND<br>REAL ESTATE EQUITY EXCHANGE, INC.<br>650 CALIFORNIA ST., SUITE 1800<br>SAN FRANCISCO, CA 94108 | 0<br>Distribution Source: | MORTGAGE ARREARS<br>DIRECT |
| 017 | US BANK<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 108<br>ST. LOUIS, MO 631660108 | 854.79<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 018 | CITIBANK, N.A.<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 | 685.33<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 019 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | 1303.11<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 020 | RESURGENT RECEIVABLES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 296030587 | 456.3<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 021 | RESURGENT RECEIVABLES, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 296030587 | 3610.14<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |

| CLM# | Creditor's Name / Address | Claim Amt | Category |
|---|---|---|---|
| 022 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br><br>OKLAHOMA CITY, OK 73118 | 3337.78<br><br>Distribution Source: | GENERAL UNSECURED<br><br>PLAN |
| 023 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br><br>OKLAHOMA CITY, OK 73118 | 5306.11<br><br>Distribution Source: | GENERAL UNSECURED<br><br>PLAN |
| 024 | HUNTINGTON NATIONAL MANAGEMENT LLC<br>P.O. BOX 1158<br><br>HAMBURG, NY 140751158 | 600<br><br>Distribution Source: | GENERAL UNSECURED<br><br>PLAN |
| | TOTAL: | $ 73,735.76 | |

Dated: September 30, 2025

Visit www.ndc.org to review the Trustee's records in this case.

/s/ ADAM M GOODMAN

ADAM M GOODMAN
CHAPTER 13 STANDING TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:
CASE NO: 24-12767 MER

CHAPTER 13

DEBTOR(S)

CERTIFICATE OF SERVICE

The undersigned certifies that on 09/30/2025, I served a complete copy of the Chapter 13 Trustee's Report of Claims on the Debtor(s) and Debtors' Attorney at the following addresses.

DEBORAH STONE
202 LUCCA DRIVE
EVANS, CO 80620

COLORADO LEGAL SERVICES, via electronic notice on CM/ECF.

/s/ ARKADY SHUSTERMAN

Chapter 13 Staff Member